```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 10990
    RAUL AVALOS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3311


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was confirmed 07/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

     The case was dismissed after confirmation 11/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
MERS                       CURRENT MORTG          .00           .00            .00
MERS                       MORTGAGE ARRE    74653.24            .00            .00
MONTEREY FINANCIAL         SECURED            900.00           4.91          71.81
MONTEREY FINANCIAL         UNSECURED         1813.54            .00            .00
MONTEREY FINANCIAL         SECURED            600.00           3.35          47.84
MONTEREY FINANCIAL         UNSECURED         1683.88            .00            .00
AMER COLL CO               UNSECURED        NOT FILED           .00            .00
CITY OF ROLLING MEADOWS    UNSECURED        NOT FILED           .00            .00
MID AMERICAN BANK          UNSECURED        NOT FILED           .00            .00
NORTH RIVERSIDE POLICE D   UNSECURED        NOT FILED           .00            .00
LILLIAN VERNON             UNSECURED        NOT FILED           .00            .00
MIDWEST PHYSICIAN GROUP    UNSECURED        NOT FILED           .00            .00
MAGE & PRICE               UNSECURED        NOT FILED           .00            .00
SBC MIDWEST                UNSECURED        NOT FILED           .00            .00
RMI/MCSI                   UNSECURED          250.00            .00            .00
COMED                      UNSECURED        NOT FILED           .00            .00
UNITED COLLECTION BUREAU   UNSECURED        NOT FILED           .00            .00
UNITED COLLECTION BUREAU   UNSECURED        NOT FILED           .00            .00
YVETTE AVALOS              NOTICE ONLY     NOT FILED           .00            .00
MERS                       NOTICE ONLY     NOT FILED           .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY       3,124.00                      2,135.29
TOM VAUGHN                 TRUSTEE                                           196.80
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    2,460.00

PRIORITY                                         .00
SECURED                                       119.65

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 10990 RAUL AVALOS
```

```
    INTEREST                                                  8.26
UNSECURED                                                      .00
ADMINISTRATIVE                                            2,135.29
TRUSTEE COMPENSATION                                        196.80
DEBTOR REFUND                                                  .00
                              ----------------    ----------------
TOTALS                                2,460.00            2,460.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
   Dated: 02/24/09              _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE